1    **WO**

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                               DISTRICT OF ARIZONA

9    United States of America,

10              Plaintiff,                           MAGISTRATE NO. 08-0046M

11         v.

12   Jesus Bujanda-Velasquez,                **Order Re: Extending Time to Indict**

13              Defendant.

14          HAVING considered Defendant Jesus Bujanda-Velasquez's Motion to Extend

15   Time and good cause having been shown;

16          THE COURT makes the following findings:

17          1.    Counsel for defendant has only recently been appointed;

18          2.    The defendant earnestly wishes to consider the plea offer extended by the
19                government;

20          3.    The defendant wishes to investigate possible defenses prior to considering
                  the government's plea offer;

21          4.    The government's plea offer, if accepted by the defendant and then the
22                court, would likely reduce defendant's exposure to a significant term of
                  imprisonment;

23          5.    If the defendant does not timely accept the plea offer prior to indictment,
24                the government will withdraw said plea offer and any subsequent plea offer
                  after indictment would likely be less advantageous to the defendant;

25          6.    Failure to extend time for indictment in this instance would thus operate to
26                bar defendant from reviewing the government's plea offer in a meaningful
                  way prior to indictment; and

27          7.    The ends of justice served by this continuance outweigh the best interest
28                of the public and the defendant in a speedy indictment.

Feb 12, 2008 - 1438

1    IT IS HEREBY ORDERED that defendant's Motion to Extend Time for Indictment

2  requesting an extension of thirty (30) days within the government may seek to indict

3  defendant, is hereby granted.

4    IT IS FURTHER ORDERED that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161,

5  the Government shall have an extension of thirty (30) days to file a timely Indictment.

6  Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30) days

7  in which the Government may present the case to the grand jury.

8    DATED this 12th day of February, 2008.

9

10

                          Lawrence O. Anderson
11                        United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28